IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY GADDY, <br><br>                     Plaintiff, <br><br> v. <br><br> TEREX CORPORATION, et al., <br><br>                     Defendants. | 1:14-cv-1928-WSD |

## OPINION AND ORDER

This matter is before the Court on Movant American Interstate Insurance Company's ("Movant") Motion to Intervene [156] (the "Motion"). Having read and considered the Motion, the Court finds that Movant's interests are not adequately protected by any party to this action, and Movant is entitled to intervene pursuant to Federal Rule of Civil Procedure 24(a)(2). Movant shall not be named in the style of this case. The Court will decide at a later time the appropriate trial process to address Movant's interests.

Accordingly,

**IT IS HEREBY ORDERED** that Movant American Interstate Insurance Company's Motion to Intervene [156] is **GRANTED**.

**SO ORDERED** this 28th day of October, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

2