# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY GADDY, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN INTERSTATE )<br>INSURANCE COMPANY, )<br>)<br>  Intervenor Plaintiff, )<br>)<br>v. )<br>)<br>TEREX CORPORATION and )<br>TEREX SOUTH DAKOTA, INC. )<br>)<br>  Defendants. ) | CIVIL ACTION FILE<br>NO. 1:14-cv-01928-WSD |

## TEREX DEFENDANTS' MOTION TO CERTIFY QUESTIONS OF STATE LAW TO THE SUPREME COURT OF GEORGIA

COME NOW, Defendants Terex Corporation and Terex South Dakota, Inc. (collectively, the "Terex Defendants"), and hereby file their Motion to Certify Questions of State Law to the Supreme Court of Georgia. In support hereof, Terex Defendants rely on their Memorandum Of Law In Support, which is being filed contemporaneously herewith. Terex Defendants respectfully request that the Court GRANT their Motion and grant such further relief as the Court deems just and proper.

Respectfully submitted this 28th day of December, 2018.

                         WEINBERG, WHEELER, HUDGINS,
                              GUNN & DIAL, LLC

By: */s/ Frederick N. Sager, Jr.*
    Frederick N. Sager, Jr.
    Georgia Bar No. 622070
    Mark R. Johnson
    Georgia Bar No. 395042
    Frederick L. Cooper, IV
    Georgia Bar No. 785392
    *Attorneys for Defendants Terex*
    *Corporation and Terex South Dakota*

3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia  30326
404.876.2700 Office
404.875.9433 Facsimile
rsager@wwhgd.com
mjohnson@wwhgd.com
dcooper@wwhgd.com

## **RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

This 28th day of December, 2018.

By: */s/ Frederick N. Sager, Jr.*
 Frederick N. Sager, Jr.
 Georgia Bar No. 622070
 rsager@wwhgd.com
 *Attorneys for Defendants Terex*
 *Corporation and Terex South Dakota*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing on all parties in the foregoing matter via CM/ECF e-filing, to wit:

Christian A. Pecone, Esq.
SAVELL & WILLIAMS, LLP
2700 Harris Tower
233 Peachtree Street
Atlanta, GA  30303
*Counsel for Intervenor/Plaintiff*

Lance A. Cooper, Esq.
Andrew S. Ashby, Esq.
THE COOPER FIRM
531 Roselane Street, Suite 200
Marietta, GA  30060
*Counsel for Plaintiff*

Darren Summerville, Esq.
The Summerville Firm, LLC
400 Colony Square, Suite 2000
1201 Peachtree Street NE
Atlanta, GA  30361
*Co-Counsel for Plaintiff*

This 28th day of December, 2018.

By: */s/ Frederick N. Sager, Jr.*
Frederick N. Sager, Jr.
Georgia Bar No. 622070
rsager@wwhgd.com
*Attorneys for Defendants Terex Corporation and Terex South Dakota*